**FILED**

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# DRAFT COMPLAINT

**PLAINTIFF; ANTHONY KENNEY**
**GEN DEL PO BOX TULSA OK 74103**
**V**
**DEFENDANTS; DIRECTOR KEITH EGAN**
**& MILLENNIUM RAIL INC 2601 N. HOOVER**
**RD JUNCTION CITY KANSAS 66441**
**758-7624330**

Case: 1:07-cv-00541
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: ANTHONY KENNEY V. DIRECTOR KEITH EGAN, ET AL.,

**NOW COMES PLAINTIFF WHO FILES PUBLIC CAREER AND ORAL ARGUMENTS TO THE CONSTITUTIONALISM MURRAY V. CURLETT ANNOTATED TITLE 21-22 EMPLOYEE HISTORY ACTS.COMPENSALE INJURY 20VALR.2,J265,ADMENDMENT 14.DEFENDANTS MILLENNIUM RAIL INC AND UNION HALL BROTHERHOOD RAILWAY CARMEN INC EMPLOYED PLAINTIFF AS COMBINATION WELDER AND PIPE FITTER TO THEIR COMPANY ALONG WITH CERTIFICATION DIPLOMA.BEING HIRED JAN 18-2006 TIL FEB 20-2006.PLAINTIFF FINDA COMPANY TOTALLY VIOLATES LAWS AND COMPENSATIONAL LAWS 21-3-101 EQUAL EMPLOYMENT! 11-3-401 LAWFUL EMPLOYMENT!10-4-111 IMPROPER ILLEGAL PRACTICES FOR TO ABSOLUTE EXCLUD AGAINST PLAINTIFFS EMPLOYEMENT FALSLY AND SCRUTINGLY TO DISEMPLOYE FROM JOB UNEQUAL UNDOUDTEDLY FOR NO REASONS,PLAINTIFF EVEN CONSULTED THE DIRECTOR MR KEITH EGAN ABOUT HIS TWO SHOP FORMANS WHO OPPOSITION WAS TO UNDOUDTEDLY AND UNFAIRLY TO DISEMPLOYE FOR NO REASON BUT MR KEITH SAYS NOTHING OR EVEN CARES.BEING THAT THE HOLE COMPANY WAS CONDEMNINGLY OBNOXIOUS AND DECEPTIVE.PLAINTIFF STATE CRIMINAL FORGERY AND TITLE 6 1964 CIVIL RIGHTS ACTS WAGNOR ACT TO ONE EMPLOYMENT VIOLATIONS,11-4-608  11-4-607, 11-46-12.POLITICAL BURDEN OF PROOF.PLAINTIFF FILES MONOPOLIES REPULSIVE(1934)ACT.ARTICLE VI DEBTS,ARTICLE IV JUTICES,BEING UNDER SAME PRCEMPTIVE PRACTICES OVER AND OVER AGAIN FOR PERJURY ONES EMPLOYMENT RIGHTS.PLAINTIFF WANTS TO FILE CIVIL RIGHTS COMPLAINTS UNDER 1964 ACT TITLE 11-1-203 LABOR AND INDUSTRIAL**

*Anthony Kenney*
2-14-07

KATHLEEN SEBELIUS, GOVERNOR

ERROL V. WILLIAMS, Chairman
  TOPEKA
BETH M. BRADRICK, Ph.D.
  PITTSBURG
DAVID A. HANSON
  TOPEKA
CLYDE HOWARD
  MANHATTAN
LOU ANN THOMS
  TOPEKA
ANTHONY VILLEGAS, SR.
  KANSAS CITY
JEROME WILLIAMS
  WICHITA

TTY (785) 296-0245
FAX (785) 296-0589
800# 1-888-793-6874



# KANSAS

KANSAS HUMAN RIGHTS COMMISSION
LANDON STATE OFFICE BUILDING
900 SW JACKSON ST., SUITE 568 SOUTH
TOPEKA, KANSAS 66612-1258
(785) 296-3206
www.khrc.net
Friday, March 24, 2006

WILLIAM V. MINNER
  EXECUTIVE DIRECTOR
RUTH GLOVER
  ASSISTANT DIRECTOR
BRANDON L. MYERS
  CHIEF LEGAL COUNSEL
JUDY FOWLER
  SENIOR STAFF ATTORNEY
BILL WRIGHT
  TOPEKA INVESTIGATIVE
  ADMINISTRATOR
ORIE KIRKSEY
  TOPEKA INVESTIGATIVE
  ADMINISTRATOR
JANE L. NEAVE
  WICHITA INVESTIGATIVE
  ADMINISTRATOR
RICK FISCHLI
  RACIAL AND OTHER PROFILING
  ADMINISTRATOR
KAREN K. MCDANELD
  OFFICE MANAGER

Anthony Kenney
General Delivery P.O. Box
Tulsa OK 74101

RE:    Kenney v Millennium Rail Line

Dear Sir/Madam,

The Kansas Human Rights Commission has been notified that you have filed a complaint with the Equal Employment Opportunity Commission (EEOC) alleging a violation of Title VII of the Civil Rights Act of 1964. You may have been notified at the time you filed the complaint with the EEOC that you would also have the opportunity to file the same charges with the Kansas Human Rights Commission (KHRC). Complaints filed with the Kansas Human Rights Commission must be filed within six (6) months of the last date of incident. If you desire to file a complaint with the KHRC, please contact me at (785) 296-3206. Your complaint with the agency will be initiated at that time.

Please note that failure to file a complaint as above set forth with the KHRC may have an adverse effect on your rights to pursue a case in court, if you choose to do so in the future. You may wish to consult with legal counsel in order to be fully advised of your rights and responsibilities regarding filing or not filing a complaint with the KHRC in this matter.

Sincerely,

Bobbie Hunziker (sgt)
Bobbie Hunziker
Intake Specialist

rpt.eeoc

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Anthony C Kenney

                Plaintiff(s)

vs.                                          Case Number: 06-CV-159-JHP-FHM

Keith Egan, et al

                Defendant(s)

### MINUTE ORDER

At the direction of James H. Payne, U.S. District Judge, it is hereby ordered that:

Pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii), the Court hereby DISMISSES this case as frivolous. The events giving rise to Plaintiff's claim occurred in Kansas, and the Court doubts whether it could properly exercise jurisdiction over Defendants. Moreover, Plaintiff has not exhausted his administrative remedies, if any. In consideration of Plaintiff's pro se status, however, the Court dismisses this case without prejudice.

                                                            Phil Lombardi,
                                                            Clerk of Court, United States District Court

                                                            s/P. Lynn
                                                           By: P. Lynn, Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

November 21, 2006

Mr. Anthony C. Kenney
General Delivery  P.O. Box
Tulsa, OK 74103

Re:    06-5169, Kenney v. Egan
       Dist/Ag docket:  06-CV-159-P

Dear Mr. Kenney:

Appellant's brief has not been timely filed in the subject case. Unless the brief is filed within 21 calendar days after the date of this letter, (December 13, 2006) the appeal will be dismissed without further notice.  See 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: _____
    Deputy Clerk

clk:jc

# LOONEY, NICHOLS & JOHNSON, P.L.L.C.

| | | |
|---|---|---|
| ROBERT D. LOONEY<br>BURTON J. JOHNSON<br>EDWIN F. GARRISON<br>TENAL S. COOLEY, III<br>TIMOTHY L. MARTIN<br>H. GRADY PARKER, JR.<br>THOMAS ROWE KENDRICK<br>BRANDON E. NICHOLS<br>JUSTIN T. HIERSCHE<br>MICHAEL D. ANTKOWIAK<br>TAVA S. JONES<br>RACHEL E. WILLIAMS | ATTORNEYS AT LAW<br><br>528 N.W. 12TH STREET<br><br>OKLAHOMA CITY, OKLAHOMA 73103<br><br>———<br><br>PHONE: (405) 235-7641<br><br>FACSIMILE: (405) 239-2052<br><br>E-MAIL: tcooley@lnjlaw.com | NED LOONEY<br>(1886-1965)<br>CLYDE J. WATTS<br>(1907-1975)<br>W.R. BERGSTRASSER<br>(1922-1993)<br>HENRY W. NICHOLS<br>(1923-2002)<br><br>*Mailing Address:*<br>P.O. BOX 468<br>OKLAHOMA CITY, OK 73101 |

November 3, 2006

Mr. Anthony Kenney
General Delivery - P.O. Box
Tulsa, OK 74103

      RE: *Anthony Kenney v. Millennium Rail, Inc.*
            D/A:      02/12/06
            WCC No.:  2006-2610-Q

Dear Mr. Kenney:

     I have received various summons and other pleadings you have forwarded to me regarding a Federal Court case you have filed against Millennium Rail, Inc.

     Please be advised that my only involvement was defending a workers' compensation claim on behalf of Millennium Rail, Inc. and Zurich American Insurance Company. As you know, that case was denied for lack of jurisdiction.

     I have nothing to do with any Federal Court case that you have filed, and I do not represent Millennium Rail, Inc. or Zurich American Insurance Company in that regard.

     Since the workers' compensation claim you filed in the State of Oklahoma is a completely different jurisdiction than the Federal Court, please discontinue providing me with matters regarding your Federal Court case. I suggest that you forward any and all correspondence dealing with the Federal Court case directly to Millennium Rail, Inc.

# REPLY BRIEF
# IN THE U.S FEDERAL DISTRICT COURT
# OF WASHINGTON D.C

**CLIENT PLAINTIFF FILING FOR TO MEDIATE WITH AAA ARBRITRATORS AGAINST MILLENNIUM RAIL INC ALSO PREVAILS DISABILITY CLAIM THAT OKLAHOMA DOSE NOT RULE ON KANSAS.**

**PLAINTIFF;PRO SE ANTHONY C KENNEY**
**GEN DEL TULSA OK 74103**


American Arbitration Association
Dispute Resolution Services Worldwide

## LABOR ARBITRATION RULES
### Demand for Arbitration

| | |
|---|---|
| **MEDIATION:** Please consult the AAA regarding mediation procedures. If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☒ | |
| Name of Respondent ☐Employer or ☒Union<br>*Corporate Center* | Name of Representative (if known)<br>*Anthony C Kenney* |
| Contact Person<br>*Millennium Rail Inc* | Name of Firm (if applicable) |
| Address:<br>*3 Westbrook Suite 640* | Representative's Address:<br>*Gen Del* |
| City *West Chester* State *IL* Zip Code *60154* | City *Tulsa* State *OK* Zip Code *74103* |
| Phone No. *708-9477800* Fax No. *785-7622109* | Phone No. *918-5835588* Fax No. |
| Email Address: | Email Address:<br>*KKenney004@yahoo.com* |

The named claimant, a party to an arbitration agreement dated _____, which provides for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Nature of Grievance:

Name of Grievant(s) (if applicable):

Claim or Relief Sought:

**REMINDER:** You can file your case online by visiting the AAA's website at www.adr.org. Please select "AAA Webfile" from the list of side menu options. You may also wish to visit the "Labor" "Focus Area" for a complete list of our administrative services and procedures, including our Expedited Procedures.

AMOUNT OF FILING FEE ENCLOSED WITH THIS DEMAND (please refer to the rules for the appropriate fee) $

THE FILING PARTY REQUESTS THAT HEARINGS BE HELD AT THE FOLLOWING LOCALE: _____

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association office located in jllkj lkj _____, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within ten days after notice from the AAA.

| Signature (may be signed by a representative)   Date: | Name of Representative |
|---|---|
| Name of the Claiming ☐Union or ☐ Employer | Name of Firm (if applicable) |
| Address (to be used in connection with this case): | Representative's Address: |
| City | State | Zip Code | City | State | Zip Code |
| Phone No. | Fax No. | Phone No. | Fax No. |
| Email Address: | Email Address: |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement or relevant contract language, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

AAA Customer Service can be reached at 800-778-7879